IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO:

| | |
|---|---|
| MARY RODINE & RICHARD RODINE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PORTFOLIO RECOVERY ) <br> ASSOCIATES LLC, ) <br> ) <br> Defendant. ) | **COMPLAINT** |

## INTRODUCTION

1. This action arises out of Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Minnesota, personal jurisdiction is established.

4. Venue in the United States District Court is proper under 28 U.S.C. § 1391(b)(1).

## PARTIES

5. Plaintiffs are natural persons residing in Fridley, Minnesota.

-1-

6. Plaintiffs are allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692a(3).

7. Defendant is a national collection agency with its principle place of business at 120 Corporate Boulevard, Suite 1, Norfolk, Virginia.

8. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiffs.

9. At all times relevant to this Complaint, Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of Minnesota.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously placed collection calls to Plaintiffs seeking and demanding payment for an alleged debt regarding a Target account from 1999.

11. Defendant called Plaintiffs on their home telephone at (763) 571-9391.

12. Defendant called Plaintiffs from telephone numbers: (702) 410-7069, (757) 961-3544, (510) 355-1780, (626) 209-2241, (859) 918-0780, (858) 346-1184, (847) 994-2540 and (678) 265-1568.

13. Defendant began placing collection calls to Plaintiffs in 2009 but started placing constant and continuous calls to Plaintiffs in December of 2010.

14. From December of 2010, Defendant called Plaintiffs daily, approximately three (3) to five (5) times a day.

15. Defendant called Plaintiffs ten (10) times on March 10, 2011.

16. During the twenty-one (21) day period of March 8, 2011 to March 29, 2011, Defendant placed at least thirty-eight (38) collection calls to Plaintiffs. Specifically, Defendant called Plaintiffs on the following dates and times:

- March 29, 2011- 8:57am, 6:48pm
- March 28, 2011-  8:25am, 7:55pm
- March 24, 2011-  8:21am, 9:00am, 6:21pm, 8:22, pm
- March 22, 2011-  8:45am, 6:03pm and at 8:53pm
- March 21, 2011-  8:49am , 6:00pm and 8:18pm
- March 20, 2011-  8:49am, 6:27pm
- March 18, 2011-  9:03am, 8:59pm
- March 17, 2011-,  9:03am 8:30pm
- March 16, 2011-  2:30pm
- March 13, 2011-  8:26pm
- March 12, 2011-  3 calls including at 2:43pm
- March 10, 2011-  10 calls, last call at 8:07pm
- March 8, 2011-  7:30pm and 2 other calls

## COUNT ONE:
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 et seq.

17. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of Plaintiffs; and
   b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiffs' telephone to ring repeatedly and continuously with the intent to annoy, abuse, and/or harass Plaintiffs;

18. Plaintiffs are entitled to their attorney's fees and costs incurred in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that judgment be entered against Defendant for the following:

- a. Statutory damages pursuant to 15 U.S.C. § 1692k;
- b. Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and
- c. Awarding such other and further relief as may be just, proper and equitable.

## DEMAND FOR JURY TRIAL

Plaintiffs are entitled to and hereby respectfully demand a trial by jury. US Const. amend. 7. Fed.R.Civ.Pro. 38.

**KROHN & MOSS, LTD**

Dated: April 8, 2011

By: s/ Lee Cassie Yates_____
   Lee Cassie Yates - # 352688
   120 West Madison Street, 10th Floor
   Chicago, Illinois 60602
   Telephone: (312) 578-9428
   cyates@consumerlawcenter.com
   *Attorney for Plaintiff*

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF Minnesota    )
                      ) ss.
COUNTY OF Anoka       )

Plaintiff, Richard Rodine, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

*Richard S. Rodine*
Richard Rodine

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF <u>Minnesota</u>  )
                                  ) ss.
COUNTY OF <u>Anoka</u>  )

Plaintiff, Mary Rodine, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

*Mary Rodine* (signature)
Mary Rodine