IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO: 0:11-cv-00884-JRT-JJK

| | |
|---|---|
| MARY RODINE & RICHARD RODINE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| PORTFOLIO RECOVERY ) | NOTICE OF SETTLEMENT |
| ASSOCIATES LLC, ) | |
| ) | |
| Defendant. ) | |

NOW COME Plaintiffs, MARY RODINE & RICHARD RODINE ("Plaintiffs"), by and through the undersigned counsel and hereby inform the court that a settlement of the present matter has been reached and is in the process of being finalized, which Plaintiffs anticipate will be within the next thirty (30) days.

Plaintiffs therefore request that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  May 17, 2011         **KROHN & MOSS, LTD.**

By: /s/ Lee Cassie Yates          _
Lee Cassie Yates- # 0352688
Krohn & Moss, Ltd.
120 West Madison Street, 10th Floor
Chicago, IL 60602
Phone: (312) 578-9428

*Attorney for Plaintiffs*