IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO: 0:11-cv-00884-JRT-JJK

| | |
|---|---|
| MARY RODINE & RICHARD RODINE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PORTFOLIO RECOVERY ) <br> ASSOCIATES LLC, ) <br> ) <br> Defendant. ) | STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**KROHN & MOSS, LTD.**

Dated: June 7, 2011

By: /s/Lee Cassie Yates
Lee Cassie Yates, Esq. (#352688)
Attorney for Plaintiff
120 West Madison Street, 10th Floor
Chicago, IL 50502
Phone: (312) 578-9428
Fax: (866) 298-0898
cyates@consumerlawcenter.com

1

Dated: June 7, 2011					**MOSS & BARNETT, PA**

By: /s/ James R. Bedell
James R. Bedell, Esq. (#351544)
Attorney for Defendant
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 877-5310
Fax: (612) 877-5999
bedellj@moss-barnett.com