# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARY RODINE AND RICHARD RODINE, | Civil No. 11-0884 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER** |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | |
| Defendant. | |

Lee Cassie Yates, **KROHN & MOSS, LTD,** 120 West Madison Street, 10th Floor, Chicago, IL 60602, for plaintiffs.

James Bedell and Michael Poncin, **MOSS & BARNETT, PA,** 90 South Seventh Street, Suite 4800, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the stipulation of dismissal with prejudice filed by the parties on June 7, 2011 [Docket No. 7].

**IT IS HEREBY ORDERED** that the above referenced matter is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 8, 2011
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                               JOHN R. TUNHEIM
                                              United States District Judge