AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

MARY RODINE AND RICHARD RODINE,

        Plaintiffs,

V.

PORTFOLIO RECOVERY ASSOCIATES LLC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:   11-0884 (JRT/JJK)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above referenced matter is **DISMISSED WITH PREJUDICE.**

| June 8, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/  M. Price |
| (By) | M. Price   Deputy Clerk |